Lorenzo E. Gasparetti (State Bar No. 135976)
Dorit M. Glockner (State Bar No. 229690)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: 213.457.8000
Facsimile: 213.457.8080
lgasparetti@reedsmith.com
dglockner@reedsmith.com

Attorneys for Defendant
MortgageIT, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SUSAN JETTE and BARBARA ANN JETTE, individuals

Plaintiffs

vs.

ORANGE COUNTY FINANCIAL, INC., a corporation; MORTGAGEIT, INC., a corporation; INDYMAC BANCORP., INC., a corporation; TIEMPO ESCROW, INC., a corporation; JERRY INDES, an individual; MR. MINGUS, an individual; and DOES 1 through 10, inclusive

Defendants

Case No. 08 CV-0616 DMS (LSP)

**JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

Pursuant to Civil Rules 7.2 and 12.1, the parties, by and through their counsel of record, stipulate as follows:

///

///

///

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

Plaintiffs Susan Jette and Barbara Ann Jette and defendant MortgageIT, Inc. stipulate to a 30-day extension of MortgageIT, Inc.'s time to respond to plaintiffs' Complaint from May 12, 2008 until June 11, 2008.

**IT IS SO STIPULATED.**

DATED: 4/28/08, 2008

LAW OFFICES OF ERIC F. FAGAN

By ________________________
Jeremy S. Golden
Attorneys for Plaintiffs
Susan Jette and Barbara Ann Jette

DATED: 4/28/08, 2008

REED SMITH LLP

By ________________________
Lorenzo E. Gasparetti
Dorit M. Glockner
Attorneys for Defendant
MortgageIT, Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071. On April 29, 2008, I served the following document(s) by the method indicated below:

**JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

☐ by transmitting via facsimile on this date from fax number 213.457.8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

**"SEE ATTACHED SERVICE LIST"**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 29, 2008, at Los Angeles, California.

Mary Hong

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

## "SERVICE LIST"

*Susan Jette and Barbara Anne Jette v. Orange County Financial, Inc., et al.*

Southern District Case No. 08 CV 0616-DMS-LSP

[Hon. Dana M. Sabraw]

| | |
|---|---|
| Jeremy S. Golden, Esq.<br>LAW OFFICES OF ERIC F. FAGAN<br>2300 Boswell Road, Suite 211<br>Chula Vista, CA 91414 | **Attorneys for Plaintiff Susan Jette and Barbara Ann Jette**<br>T: 619.656.6656<br>F: 775.898.5471 |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.