REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SUSAN JETTE and BARBARA ANN JETTE, individuals

Plaintiffs

vs.

ORANGE COUNTY FINANCIAL, INC., a corporation; MORTGAGEIT, INC., a corporation; INDYMAC BANCORP., INC., a corporation; TIEMPO ESCROW, INC., a corporation; JERRY INDES, an individual; MR. MINGUS, an individual; and DOES 1 through 10, inclusive

Defendants

Case No. 08 CV-0616 DMS (LSP)

**ORDER EXTENDING DEFENDANT MORTGAGEIT, INC.'S TIME TO FILE RESPONSIVE PLEADING**

Plaintiffs Susan Jette and Barbara Ann Jette and defendant MortgageIT, Inc. stipulate to a 30-day extension of MortgageIT, Inc.'s time to respond to plaintiffs' Complaint from May 12, 2008 until June 11, 2008.

WHEREAS the parties have stipulated to a 30-day extension in defendant MortgageIT, Inc.'s time to respond to plaintiffs' Complaint, it is so ordered

pursuant to Civil Rule 12.1 that MortgageIT, Inc. shall have an extension in its time to file a response to plaintiffs' Complaint until June 11, 2008.

DATED: April 30, 2008

Hon. Dana M. Sabraw
United States District Court Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.