Jeremy S. Golden (SBN 228007)
LAW OFFICES OF ERIC F. FAGAN
2300 Boswell Road, Suite 211
Chula Vista, CA 91914
Jeremy@efaganlaw.com
Phone: 619-656-6656; Fax: 775-898-5471
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUSAN JETTE and BARBARA ANN JETTE, individuals,<br><br>Plaintiffs<br><br>v.<br><br>ORANGE COUNTY FINANCIAL, INC., a corporation; MORTGAGEIT, INC., a corporation; INDYMAC BANCORP., INC., a corporation; TIEMPO ESCROW, INC. a corporation; JERRY INDES, an individual; MR. MINGUS, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 08 CV 0616 DMS LSP<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT TO DEFENDANT TIEMPO ESCROW, INC.** |

On April 30, 2008 Defendant Tiempo Escrow, Inc was served with the summons and complaint by Tiffani Leauasoga by personal delivery upon Barbara Tustison, an agent for service. Service was made pursuant to FRCP 4(h)(1)(A). A true and correct copy of the affidavit of the proof of service is attached to this document as Exhibit A.

Date: May 8, 2008

________/S/ Jeremy S. Golden__________________
Jeremy S. Golden, Attorney for Plaintiff