YALE K. KIM (BAR NO. 188895)
MICHAEL R. FARRELL (BAR NO. 173831)
BRADLEY E. JEWETT (BAR NO. 222773)
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: ykim@allenmatkins.com
mfarrell@allenmatkins.com
bjewett@allenmatkins.com

Attorneys for Defendant
INDYMAC BANK, F.S.B. erroneously sued herein as INDYMAC BANCORP, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN JETTE and BARBARA ANN JETTE, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>ORANGE COUNTY FINANCIAL, INC., a corporation; MORTGAGEIT, INC., a corporation; INDYMAC BANCORP, INC., a corporation; TIEMPO ESCROW, INC., a corporation; JERRY INDES, an individual; MR. MINIGUS, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 08 CV 0616 DMS LSP<br><br>**STIPULATION FOR EXTENSION OF INDYMAC BANK, F.S.B.'S TIME TO RESPOND TO THE COMPLAINT AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that based on the complexities of the allegations set forth in the complaint in this action, and the time and resources necessary to investigate and respond to such allegations, and good cause existing therefor, defendant IndyMac Bank, F.S.B.'s (erroneously sued herein as IndyMac Bancorp, Inc.) deadline to respond to the complaint in this action is extended to May 29, 2008.

Dated: May 14, 2008

LAW OFFICES OF ERIC F. FAGAN
JEREMY S. GOLDEN

By: s/Jeremy S. Golden
JEREMY S. GOLDEN
Attorneys for Plaintiffs
SUSAN JETTE and
BARBARA ANN JETTE

Dated: May 14, 2008

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
YALE K. KIM
MICHAEL R. FARRELL
BRADLEY E. JEWETT

By: [signature]
YALE K. KIM
Attorneys for Defendant
INDYMAC BANK, F.S.B.
erroneously sued herein as
INDYMAC BANCORP, INC.

**IT IS SO ORDERED.**

Dated: ____________________

____________________
United States District Court Judge

# **PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA )
) ss.:
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 515 South Figueroa Street, Ninth Floor, Los Angeles, California 90071-3309.

On May 14, 2008, I served on interested parties in said action the within:

**STIPULATION FOR EXTENSION OF INDYMAC BANK, F.S.B.'S TIME TO RESPOND TO THE COMPLAINT AND [PROPOSED] ORDER**

by placing a true copy thereof in sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at Los Angeles, California.

Jeremy S. Golden, Esq.
Law Offices of Eric F. Fagan
2300 Boswell Road, Suite 211
Chula Vista, CA 91914

I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on May 14, 2008, at Los Angeles, California.

Luci V. Benavidez
(Type or print name)

(Signature)