M. Alim Malik, Bar No. 145546
*amalik@jdtplaw.com*
James H. Millane, Bar No. 187951
*jmillane@jdplaw.com*
**JACKSON DeMARCO TIDUS & PECKENPAUGH**
A Law Corporation
2030 Main Street, Suite 1200
Irvine, California 92614
Telephone: (949) 752-8585

Attorneys for Defendants ORANGE COUNTY FINANCIAL, INC. and JERRY INDES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN JETTE and BARBARA ANN JETTE, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>ORANGE COUNTY FINANCIAL, INC., a corporation; MORTGAGEIT, INC., a corporation; INDYMAC BANCORP., INC., a corporation; TIEMPO ESCROW, INC., a corporation; JERRY INDES, an individual; MR. MINGUS, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 08-CV-0616 DMS LSP<br><br>Hon. Dana M. Sabraw; Courtroom 10<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

The parties, by and through their counsel for record, stipulate as follows:

Plaintiffs Susan Jette and Barbara Ann Jette and defendants Orange County Financial, Inc, and Jerry Indes hereby stipulate to an extension until June 11, 2009 for Orange County Financial, Inc, and Jerry Indes to respond to plaintiffs' Complaint due to the complex nature of plaintiffs' allegations and the time necessary to investigate such allegations in plaintiffs' Complaint.

Dated: May 15, 2008 *Respectfully submitted,*

LAW OFFICES OF ERIC F. FAGAN

By: /s/ Jeremy S. Golden
Jeremy S. Golden
Attorneys for Plaintffs

Dated: May 15, 2008 *Respectfully submitted,*

JACKSON, DEMARCO, TIDUS & PECKENPAUGH

By: /s/ James H. Millane
M. Alim Malik
James H. Millane
Attorneys for Defendants ORANGE COUNTY FINANCIAL, INC. and JERRY INDES