M. Alim Malik, Bar No. 145546
*amalik@jdtplaw.com*
James H. Millane, Bar No. 187951
*jmillane@jdplaw.com*
**JACKSON DeMARCO TIDUS & PECKENPAUGH**
A Law Corporation
2030 Main Street, Suite 1200
Irvine, California 92614
Telephone: (949) 752-8585

Attorneys for Defendants ORANGE COUNTY FINANCIAL, INC. and JERRY INDES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN JETTE and BARBARA ANN JETTE, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>ORANGE COUNTY FINANCIAL, INC., a corporation; MORTGAGEIT, INC., a corporation; INDYMAC BANCORP., INC., a corporation; TIEMPO ESCROW, INC., a corporation; JERRY INDES, an individual; MR. MINGUS, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 08-CV-0616 DMS LSP<br><br>Hon. Dana M. Sabraw; Courtroom 10<br><br>**CERTIFICATE OF SERVICE** |

The parties, by and through their counsel for record, stipulate as follows:

## CERTIFICATE OF SERVICE

I, Suzanne Delaney, declare as follows:

I am employed in the County of Orange, State of California. My business address is Jackson, DeMarco, Tidus, & Peckenpaugh, 2030 Main Street, Suite 1200, Irvine, California 92614. I am over 18 years of age and am not a party to the above-captioned matter.

On May 15, 2008, I served on the interested parties in said action: **1. JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING; AND 2. ORDER EXTENDING DEFENDANTS ORANGE COUNTY FINANCIAL, INC. AND JERRY INDES' TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT** on all other parties and/or their attorney(s) of record to this action by e-mailing, faxing and/or placing a true copy/original thereof in a sealed envelope as follows:

| | |
|---|---|
| Jeremy S. Golden, Esq.<br>Law Offices of Eric F. Fagan<br>2300 Boswell Road, Suite 211<br>Chula Vista, CA 91914<br>*Attorneys for Plaintiffs* | Yale K. Kim, Esq.<br>Michael R. Farrell, Esq.<br>Bradley E. Jewett, Esq.<br>Allen Matkins Leck, et al.<br>515 S. Figueroa Street, 9TH Fl.<br>Los Angeles, CA 90071<br>*Attorneys for Defendant IndyMac Bank, F.S.B.* |
| Lorenzo E. Gasparetti, Esq.<br>Dirit M. Glockner, Esq.<br>Reed Smith LLP<br>355 S. Grand Avenue,<br>Suite 2900<br>Los Angeles, CA 90071<br>*Attorneys for Defendant MortgageIT, Inc.* | |

[x ] **NOTICE OF ELECTRONIC FILING:** The counsel listed below have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

[ ] **E-MAIL:** By attaching a PDF of the to an electronic mail sent to the

e-mail address listed above, according to the parties' agreement.

[ ] **FACSIMILE:** By transmitting a facsimile of the same over the fax number listed above under the parties' agreement.

[ ] **FIRST CLASS MAIL:** By placing the same in a sealed, postage-paid envelope, addressed to the name and address listed above, according to the parties' agreement.

[ ] **OVERNITE COURIER SERVICE:** I caused the documents to be placed in appropriate packaging and delivered via overnight courier to the offices of the addresses. Such envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees fully pre-paid or provided for.

[ ] **PERSONAL DELIVERY**: On the date set forth below, I placed the above-referenced envelope(s) or package(s) in a box or location regularly maintained at my office for our messenger/courier service or I delivered the envelope(s) or package(s) to a courier or driver authorized by our messenger/courier service to receive documents. The package(s) was/were placed in a sealed envelope(s) or package(s) designated by our messenger/courier service with the delivery fees paid or provided for, addressed to the person(s) on whom it s to be personally served at the address(es) shown above as last given by that person on any document filed in this cause. The messenger/courier service was provided with instruction that the envelope or package be personally served on the addressee(s) on ____________, 2008.

[ X ] **FEDERAL:** I declare that I am employed in the office of a member of the California State Bar who is permitted to practice before this Court, at whose direction the service stated above was made, and declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 15, 2008, at Irvine, California.

By: ______________________