UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN JETTE and BARBARA ANN JETTE, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>ORANGE COUNTY FINANCIAL, INC., a corporation; MORTGAGEIT, INC., a corporation; INDYMAC BANCORP., INC., a corporation; TIEMPO ESCROW, INC., a corporation; JERRY INDES, an individual; MR. MINGUS, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 08-CV-0616 DMS LSP<br><br>Hon. Dana M. Sabraw; Courtroom 10<br><br>**ORDER EXTENDING DEFENDANTS ORANGE COUNTY FINANCIAL, INC. AND JERRY INDES' TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT** |

Plaintiffs Susan Jette and Barbara Ann Jette and defendants Orange County

Financial, Inc, and Jerry Indes stipulate to an extension until June 11, 2008 for Orange County Financial, Inc, and Jerry Indes to respond to plaintiffs' Complaint.

WHEREAS, the parties have stipulated to an extension until June 11, 2008 for Orange County Financial, Inc, and Jerry Indes to respond to plaintiffs' Complaint.

IT IS SO ORDERED THAT defendants Orange County Financial, Inc, and Jerry Indes shall have until June 11, 2008 to respond to plaintiffs' Complaint.

Dated: May 16, 2008

Hon Dana M. Sabraw
United States District Judge