Steven Ray Garcia (State Bar No. 110479)
srg@kpclegal.com
Greta T. Hutton (State Bar No. 103079)
gh@kpclegal.com
KNAPP, PETERSEN & CLARKE
500 North Brand Boulevard, 20th Floor
Glendale, California 91203-1904
Telephone: (818) 547-5000
Facsimile: (818) 547-5329

Attorneys for Defendant
Tiempo Escrow II, erroneously named as Tiempo
Escrow, Inc., a corporation

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Susan Jette and Barbara Ann Jette,<br><br>Plaintiffs,<br><br>v.<br><br>Orange County Financial Inc., a corporation; Mortgageit, Inc., a corporation; Indymac Bancorp., Inc., a corporation; Tiempo Escrow, Inc., a corporation; Jerry Indes, an individual; Mr. Mingus, an individual; and Does 1 through 10, inclusive,<br><br>Defendants. | NO. '08 CV 0616DMS LSP<br><br>Date Action Filed: April 3, 2008<br><br>DECLARATION OF R.J. BURKE IN SUPPORT OF MOTION FOR CHANGE OF VENUE |

## DECLARATION OF R.J. BURKE

I, R.J. Burke, declare:

1. I am the Chief Executive Officer of Tiempo Escrow II, a California corporation ("Tiempo Escrow II") licensed by the California Department of Corporations to conduct escrow business in Orange County, California. Tiempo Escrow, Inc., is a separate independent escrow company doing business in Huntington Beach, California, that is not affiliated with Tiempo Escrow II.

2. I make this declaration based upon my personal knowledge. If called as

a witness, I could, and would, competently testify to the matters set forth herein.

3. In my capacity as Chief Executive Officer of Tiempo Escrow II, I am required to know, and do in fact know, the custom and practice of Tiempo Escrow II for making and maintaining its business records. Such records are made at or near the time of the event which they record by employees of the company whom we train to record such information accurately, by others using documents that they have created and provided to Tiempo Escrow II for the transaction in question, or by Tiempo Escrow II for execution by others in the transaction that are then returned to Tiempo Escrow II to maintain during and after the transaction for the period provided by law. Tiempo Escrow II acted as escrow holder for the transaction that gave rise to the action for which this declaration is given. I have custody of and have reviewed the company's records pertaining to the transaction complained of by plaintiffs Susan Jette and Barbara Jette in the action for which this declaration is given.

4. Tiempo Escrow II is an independent escrow company with two offices from which it conducts its escrow business and a separate office where the company's records are stored. All of the company's offices are located in Orange County, California, specifically in Fountain Valley and Laguna Niguel. This action involves a refinance loan secured by the plaintiffs' property. The subject property is located in Oroville, Butte County, California. Oroville is not located in the area included in the Southern District of the United States District Court for California. The documents in Tiempo Escrow II's file show that the loan documents and escrow instructions were also signed in Butte County, California, by the plaintiffs. None of the alleged acts or omissions giving rise to this action appear to have taken place in San Diego County, California, or in the area included in the Southern District of the United States District Court for California.

/////

/////

5. I have read paragraph 4 of the plaintiffs' complaint in this action which states, "Venue is proper in this jurisdiction in that Defendants transact business here." From the perspective of Tiempo Escrow II, this is not a true statement.

6. Tiempo Escrow II does not transact business in the area included in the Southern District of the United States District Court for California. We do not have offices in that area, we do not have employees who solicit business in that area, and if we happen to handle an escrow pertaining to property in that area, we do so from our offices in Orange County, California, and use the services of independent title companies with branches in the area included in the Southern District of the United States District Court for California to record documents and search land titles for the transaction; for those transactions, we also use the services of independent signing services who do business in Orange County as well as in the area included in the Southern District of the United States District Court for California to obtain signatures of the parties to the escrow on the documents. Those independent signing services are contacted by employees of Tiempo Escrow II in Orange County, California, and they typically use a duly commissioned notary public in the area where the parties to the escrow live to transport the documents to the parties, obtain their signatures on them, and then return the signed documents to us at our offices in Orange County, California. Our employees do not travel to the area included in the Southern District of the United States District Court for California to do business in these transactions. This has been the custom and practice of Tiempo Escrow II for several years, up to and including through the present time, and it was the custom and practice of Tiempo Escrow II at the time of the transaction that is the subject of this action.

/////

/////

/////

/////

Executed on this 18TH day of May, 2008, at Fountain Valley, California.

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct.

R. J. Burke