# CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May, 2008, I caused to be served a true and correct copy of the documents described as NOTICE OF MOTION AND MOTION FOR CHANGE OF VENUE OR DISMISS and DECLARATION OF R.J. BURKE IN SUPPORT OF MOTION FOR CHANGE OF VENUE on the following counsel of record pursuant to ECF as to Filing Users and by Federal Express, postage prepaid, pursuant to Local Rule 4.1 as to any party who is not a Filing User or represented by a filing user:

Jeremy S. Golden, Esq.
Law Offices of Eric F. Fagan
2300 Boswell Road, Suite 211
Chula Vista, CA 91914
TEL: (619) 656-6656
FAX: (775) 898-5471

| | |
|---|---|
| Jennifer Poulson | |
| (Type or print name) | (Signature) |