UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN JETTE and BARBARA ANN JETTE, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>ORANGE COUNTY FINANCIAL, INC., a corporation; MORTGAGEIT, INC., a corporation; INDYMAC BANCORP, INC., a corporation; TIEMPO ESCROW, INC., a corporation; JERRY INDES, an individual; MR. MINIGUS, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 08 CV 0616 DMS LSP<br><br>**ORDER RE: STIPULATION FOR EXTENSION OF INDYMAC BANK, F.S.B.'S TIME TO RESPOND TO THE COMPLAINT** |

**IT IS HEREBY ORDERED** that, pursuant to the September 14, 2008 stipulation between plaintiffs Susan and Barbara Jette and defendant IndyMac Bank, F.S.B.'s (erroneously sued herein as IndyMac Bancorp, Inc.), defendant IndyMac F.S.B.'s deadline to respond to the complaint in this action is extended to May 29, 2008.

Dated: 5-20-08

United States District Court Judge