# CERTIFICATE OF SERVICE

I, Dorian Hudson, declare that:

I am, and was at the time of the service hereinafter mentioned, at least 18 years of age and not a party to this action. My business address is 2300 Boswell Rd Ste 211, Chula Vista, CA 91914. I am employed in San Diego County, CA.

I served the following:

## Plaintiffs' Opposition to Defendant's Motion for Change of Venue

United States District Court of California, Southern District Case No. 08-CV-0616 DMS LSP

On June 5, 2008 by e-filing:

**Orange County Financial**
Jackson, DeMarco, Tidus, Petersen, Peckenpaugh
2030 Main Street, Suite 1200
Irvine, CA 92614

**Mortgageit, Inc.**
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071

**Tiempo Escrow, Inc**
Knapp Petersen & Clarke
500 North Brand Boulevard
20th Floor
Glendale, CA 91203-1904

**Indymac Bancorp, Inc**
Arter Hadden
515 S Gigueroa Street
7th Floor
Los Angeles, CA 90071-3398

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed June 5, 2008 at Chula Vista, CA 91914.

/S/ Dorian Hudson
Dorian Hudson