Jeremy S. Golden (SBN 228007)
LAW OFFICES OF ERIC F. FAGAN
2300 Boswell Road, Suite 211
Chula Vista, CA 91914
Jeremy@efaganlaw.com
Phone: 619-656-6656 Fax: 775-898-5471
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUSAN JETTE and BARBARA ANN JETTE, individuals,<br><br>Plaintiffs<br><br>v.<br><br>ORANGE COUNTY FINANCIAL, INC., et al.<br><br>Defendants. | Case No.: 08CV0616-DMS-LSP<br><br>**Declaration of Jeremy S. Golden In Support of Plaintiffs' Opposition to Defendant's Motion for Change of Venue**<br><br>Date: June 20, 2008<br>Time: 1:30 p.m.<br>Dept.: 10<br><br>The Hon. Dana M. Sabraw |

I, JEREMY S. GOLDEN, hereby declare that:

1) I have personal knowledge of each matter set forth in this Declaration. If called upon to testify to the matters stated in this Declaration, I am competent to do so.

2) I am the attorney of record in the above entitled case and am familiar with the facts of the case and pleadings.

3) A true and correct copy of the document referenced in paragraph 33 of the complaint is attached as Exhibit A.

4) On May 30, 2008, I visited Defendant Tiempo Escrow, II's website and it stated that it serves "Southern California." A true and correct copy of the front page of that website is attached as Exhibit B.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the forgoing is true and correct.

Executed on June 4, 2008 at Chula Vista, California

__/S/ Jeremy S. Golden______________________

JEREMY S. GOLDEN