TIEMPO ESCROW II
An Independent Escrow Company
940 South Coast Drive, #200, Costa Mesa, CA 92626 Phone (714) 545-7800 Fax (714) 545-7801

# AMENDED ESCROW INSTRUCTIONS

Date: **August 31, 2006**

RE: Escrow No. **CM06-2265-CS**
Escrow Officer: **Christa Soverns**
Property Address: **1347 7th Street**
**Oroville, CA 95965**

TO: **TIEMPO ESCROW II**

My previous instructions in the above numbered escrow are hereby modified – supplemented in the following particulars only.

**NEW LOAN:**
Borrower is to obtain a new first trust deed loan in favor of **Mortgageit, Inc.** in the amount of **$227,000.00** for a term of **480** months, with interest at the rate of **1.2500%** per annum.

**VESTING:**
Borrower's vesting is hereby amended to be as follows, and Escrow Holder is authorized and instructed to change documents created herein accordingly, even though same may have been previously signed:

**Susan E. Jette, an unmarried woman and Barbara Ann Jette, an unmarried woman, as joint tenants**

**PROPERTY ADDRESS:**
Property address is hereby amended to read as follows:

**1347 7th Street , Oroville, CA 95965**

All other terms and conditions of this escrow shall remain the same. All parties signing this instruction acknowledge receipt of a copy of same.

Borrower'(s) Signature(s):

| | |
|---|---|
| Susan E. Jette | Barbara Ann Jette |