

TIEMPO ESCROW II



**Tiempo Escrow II** is a full service, independent escrow company serving the Southern California real estate industry with branches located in **Fountain Valley** and **Laguna Niguel**. Since 1984 we have strived to provide the highest quality of service in the industry. With over 70 escrow professionals on staff, we have a broad base of escrow knowledge and experience.

Tiempo Escrow II is an Independent Escrow Company, we are licensed and regulated by the Department of Corporations. We are subject to rigorous laws and business practices and are audited on a regular basis to ensure the highest level of financial stewardship. We are bonded; each of our employees must pass a detailed background check as to ensure propriety in handling of funds. Just as important we maintain the highest level of neutrality as we are independent of any outside influence or controlled business arrangements.

## What does this mean to you?

It means you are placing your money and your trust in a company whose only business is escrow! Our only concern is the efficient and safe handling of our customer's real estate and money. It also means that the only way we can earn and keep your business is to provide excellent service. We want you to have an excellent escrow experience.

Our state of the art automation assists our highly skilled staff allowing them to provide our clients the time and consideration they deserve. The personal touch is our specialty. We will guide you through all aspects of the escrow process, providing you with information and friendly explanations during each stage of the transaction.

For our address and phone numbers, **click here.**

^ Top

Copyright ©1999-2007 Tiempo Escrow II - All Rights Reserved