M. Alim Malik, Bar No. 145546
*amalik@jdtplaw.com*
James H. Millane, Bar No. 187951
*jmillane@jdtplaw.com*
**JACKSON DeMARCO TIDUS & PECKENPAUGH**
A Law Corporation
2030 Main Street, Suite 1200
Irvine, California 92614
Telephone: (949) 752-8585

Attorneys for Defendants ORANGE COUNTY FINANCIAL, INC. and JEREMY INDES, erroneously sued as JERRY INDES

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN JETTE and BARBARA ANN JETTE, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>ORANGE COUNTY FINANCIAL, INC., a corporation; MORTGAGEIT, INC., a corporation; INDYMAC BANCORP., INC., a corporation; TIEMPO ESCROW, INC., a corporation; JERRY INDES, an individual; MR. MINGUS, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 08-CV-0616 DMS LSP<br><br>Hon. Dana M. Sabraw; Courtroom 10<br><br>**ANSWER OF DEFENDANTS ORANGE COUNTY FINANCIAL, INC. AND JEREMY INDES TO COMPLAINT** |

## GENERAL DENIAL

By this ANSWER, Defendants Orange County Financial, Inc. and Jeremy Indes ("Defendants") deny, generally and specifically (save as admitted herein), each and every allegation set forth in the unverified Complaint of Susan Jette and Barbara Ann Jette, ("Plaintiffs"), and each cause of action or claim alleged therein. Defendants deny that Plaintiffs have any claims against Defendants or that Plaintiffs have been damaged by any reason, or any act or omission to act, or any other conduct on the part of Defendants.

1. In response to the Complaint, ¶ 1, Defendants admit that Plaintiffs filed their Complaint and assert a claim for relief under the Truth in Lending Act, 15 U.S.C. § 1601 in addition to Plaintiffs seeking an injunction, actual damages, reasonable attorneys' fees and costs for Unfair and Deceptive Acts, Fraud and Deceit, breach of Fiduciary Duty and Elder Abuse. Defendants are without knowledge or information sufficient to form a belief as to the truth of each and every remaining allegations in the Complaint, ¶ 1 and therefore denies such allegations.

2. In response to the Complaint, ¶ 2, Defendants reserve their right to contest supplemental jurisdiction.

3. In response to the Complaint, ¶ 3, Defendants reserve their right to contest this Court's exercise of supplemental jurisdiction.

4. In response to the Complaint, ¶ 4, Defendants reserve their right to contest venue.

5. In response to the Complaint, ¶ 5, Defendants are without knowledge or information sufficient to form a belief as to the truth of each and every remaining allegation in paragraph 5 of the Complaint and therefore denies such allegations.

6. In response to the Complaint, ¶ 6, Defendants are without knowledge or information sufficient to form a belief as to the truth of each and every allegation in paragraph 6 of the Complaint and therefore denies such allegations.

7. In response to the Complaint, ¶ 7, Defendants admit that OCFI is a California corporation formerly operating from 4029 Westerly Place, Suite 201-a, Newport Beach, California.

8. In response to the Complaint, ¶ 8, Defendants are without knowledge or

information sufficient to form a belief as to the truth of each and every allegation in paragraph 8 of the Complaint and therefore denies such allegations.

9. In response to the Complaint, ¶ 9, Defendants are without knowledge or information sufficient to form a belief as to the truth of each and every allegation in paragraph 9 of the Complaint and therefore denies such allegations.

10. In response to the Complaint, ¶ 10, Defendants are without knowledge or information sufficient to form a belief as to the truth of each and every allegation in paragraph 10 of the Complaint and therefore denies such allegations.

11. In response to the Complaint, ¶ 11, Defendants admit the allegation contained in paragraph 11 of the Complaint.

12. In response to the Complaint, ¶ 12, Defendants admit that Mr. Menges is an individual who was formerly employed by Defendant Orange County Financial, Inc..

13. In response to the Complaint, ¶ 13, Defendants deny the allegations set forth in paragraph 13 of the Complaint that they contributed or participated in, or authorized the acts or conspired with the other named defendants to commit the acts and do the things complained of, which allegedly caused injuries and damages to Plaintiffs. has no information to admit or deny this allegation. Defendants are without knowledge or information sufficient to form a belief as to the truth of each and every remaining allegation in paragraph 13 of the Complaint and therefore denies such allegations.

14. In response to the Complaint, ¶ 14, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 14 of the Complaint and therefore denies such allegations.

15. In response to the Complaint, ¶ 15, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 15 of the Complaint and therefore denies such allegations.

16. In response to the Complaint, ¶ 16, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 16 of the Complaint and therefore denies such allegations.

17. In response to the Complaint, ¶ 17, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 17 of the Complaint and therefore denies such allegations.

18. In response to the Complaint, ¶ 18, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 18 of the Complaint and therefore denies such allegations.

19. In response to the Complaint, ¶ 19, Defendants admit the allegations contained in paragraph 19 of the Complaint.

20. In response to the Complaint, ¶ 20, there is no allegation to respond to.

21. In response to the Complaint, ¶ 21, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 21 of the Complaint and therefore denies such allegations.

22. In response to the Complaint, ¶ 22, Defendants deny the allegations contained in paragraph 22 of the Complaint.

23. In response to the Complaint, ¶ 23, Defendants deny the allegations contained in paragraph 23 of the Complaint.

24. In response to the Complaint, ¶ 24, Defendants deny the allegations contained in paragraph 24 of the Complaint.

25. In response to the Complaint, ¶ 25, Defendants deny the allegations contained in paragraph 25 of the Complaint.

26. In response to the Complaint, ¶ 26, Defendants deny the allegations contained in paragraph 26 of the Complaint.

27. In response to the Complaint, ¶ 27, Defendants deny the allegations contained in paragraph 27 of the Complaint.

28. In response to the Complaint, ¶ 28, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 28 of the Complaint and therefore denies such allegations.

29. In response to the Complaint, ¶ 29, Defendants deny the allegations contained in paragraph 29 of the Complaint.

30. In response to the Complaint, ¶ 30, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 30 of the Complaint and therefore denies such allegations.

31. In response to the Complaint, ¶ 31, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 31 of the Complaint and therefore denies such allegations.

32. In response to the Complaint, ¶ 32, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 32 of the Complaint and therefore denies such allegations.

33. In response to the Complaint, ¶ 33, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 33 of the Complaint and therefore denies such allegations.

34. In response to the Complaint, ¶ 34, Defendant admit that disclosure documents were given to Plaintiffs. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 34 of the Complaint and therefore denies such allegations.

35. In response to the Complaint, ¶ 35, Defendants deny the allegations contained in paragraph 35 of the Complaint.

36. In response to the Complaint, ¶ 36, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 36 of the Complaint and therefore denies such allegations.

37. In response to the Complaint, ¶ 37, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 37 of the Complaint and therefore denies such allegations.

38. In response to the Complaint, ¶ 38, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 38 of the

Complaint and therefore denies such allegations.

39. In response to the Complaint, ¶ 39, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 39 of the Complaint and therefore denies such allegations.

40. In response to the Complaint, ¶ 40, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 40 of the Complaint and therefore denies such allegations.

41. In response to the Complaint, ¶ 41, Defendants admit that Plaintiffs allege they are exercising their purported right to rescind the subject loan, but are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 41 of the Complaint and therefore denies such allegations.

42. In response to the Complaint, ¶ 42, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 42 of the Complaint and therefore denies such allegations.

43. In response to the Complaint, ¶ 43, Defendants deny the allegations contained in paragraph 43 of the Complaint.

44. In response to the Complaint, ¶ 44, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 44 of the Complaint and therefore denies such allegations.

45. In response to the Complaint, ¶ 45, Defendants deny that Plaintiffs suffered any damages. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 45 of the Complaint and therefore denies such allegations.

46. In response to the Complaint, ¶ 46, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 46 of the Complaint and therefore denies such allegations.

47. In response to the Complaint, ¶ 47, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 47 of the

Complaint and therefore denies such allegations.

48. In response to the Complaint, ¶ 48, Defendants deny the allegations contained in paragraph 48 of the Complaint.

49. In response to the Complaint, ¶ 49, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 49 of the Complaint and therefore denies such allegations.

50. In response to the Complaint, ¶ 50, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 50 of the Complaint and therefore denies such allegations.

51. In response to the Complaint, ¶ 51, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 51 of the Complaint and therefore denies such allegations.

52. In response to the Complaint, ¶ 52, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 52 of the Complaint and therefore denies such allegations.

53. In response to the Complaint, ¶ 53, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 53 of the Complaint and therefore denies such allegations.

54. In response to the Complaint, ¶ 54, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 54 of the Complaint and therefore denies such allegations.

55. In response to the Complaint, ¶ 55, Defendants deny the allegations contained in paragraph 55 of the Complaint.

56. In response to the Complaint, ¶ 56, there is no specific allegation to respond to as it incorporates other specific allegations to which Defendants have provided a response.

57. In response to the Complaint, ¶ 57, This claim is not being asserted against Defendants. Defendants deny the allegations contained in paragraph 57 of the Complaint.

58. In response to the Complaint, ¶ 58, This claim is not being asserted against Defendants. Defendants deny the allegations contained in paragraph 58 of the Complaint.

59. In response to the Complaint, ¶ 59 This claim is not being asserted against Defendants. Defendants deny the allegations contained in paragraph 59 of the Complaint.

60. In response to the Complaint, ¶ 60, This claim is not being asserted against Defendants. Defendants deny the allegations contained in paragraph 60 of the Complaint.

61. In response to the Complaint, ¶ 61, This claim is not being asserted against Defendants. Defendants deny the allegations contained in paragraph 61 of the Complaint.

62. In response to the Complaint, ¶ 62, there is no specific allegation to respond to as it incorporates other specific allegations to which Defendants have provided a response.

63. In response to the Complaint, ¶ 63, Defendants deny the allegations contained in paragraph 63 of the Complaint.

64. In response to the Complaint, ¶ 64, Defendants deny the allegations contained in paragraph 64 of the Complaint.

65. In response to the Complaint, ¶ 65, Defendants deny the allegations contained in paragraph 65 of the Complaint.

66. In response to the Complaint, ¶ 66, Defendants deny the allegations contained in paragraph 66 of the Complaint.

67. In response to the Complaint, ¶ 67, there is no specific allegation to respond to as it incorporates other specific allegations to which Defendants have provided a response.

68. In response to the Complaint, ¶ 68, Defendants deny the allegations contained in paragraph 68 of the Complaint.

69. In response to the Complaint, ¶ 69, Defendants deny the allegations contained in paragraph 69 of the Complaint.

70. In response to the Complaint, ¶ 70, Defendants deny the allegations contained in paragraph 70 of the Complaint.

71. In response to the Complaint, ¶ 71, Defendants deny the allegations contained in paragraph 71 of the Complaint.

72. In response to the Complaint, ¶ 72, Defendants deny the allegations contained in paragraph 72 of the Complaint.

73. In response to the Complaint, ¶ 73, Defendants deny the allegations contained in paragraph 73 of the Complaint.

74. In response to the Complaint, ¶ 74, there is no specific allegation to respond to as it incorporates other specific allegations to which Defendants have provided a response.

75. In response to the Complaint, ¶ 75, Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 75 of the Complaint and therefore denies such allegations.

76. In response to the Complaint, ¶ 76, Defendants deny the allegations contained in paragraph 76 of the Complaint.

77. In response to the Complaint, ¶ 77, Defendants deny the allegations contained in paragraph 77 of the Complaint.

78. In response to the Complaint, ¶ 78, Defendants deny the allegations contained in paragraph 78 of the Complaint.

79. In response to the Complaint, ¶ 79, Defendants deny the allegations contained in paragraph 79 of the Complaint.

80. In response to the Complaint, ¶ 80, there is no specific allegation to respond to as it incorporates other specific allegations to which Defendants have provided a response.

81. In response to the Complaint, ¶ 81, Defendants deny the allegations contained in paragraph 81 of the Complaint.

82. In response to the Complaint, ¶ 82, Defendants deny the allegations contained in paragraph 82 of the Complaint.

83. In response to the Complaint, ¶ 83, Defendants deny the allegations contained in paragraph 83 of the Complaint.

## FIRST AFFIRMATIVE DEFENSE

(Failure to State a Cause of Action)

1. As a separate affirmative defense, Defendants state that the Complaint and each

cause of action therein fails to state sufficient facts to constitute a cause of action against these Defendants.

**SECOND AFFIRMATIVE DEFENSE**

(Statute of Limitations)

2. As a separate affirmative defense, Defendants state that the Complaint and each and every cause of action therein is barred by the statute of limitations under the laws of the State of California.

**THIRD AFFIRMATIVE DEFENSE**

(Laches)

3. As a separate affirmative defense, Defendants state that the Complaint and each and every cause of action therein is barred in whole or in part by reason of the doctrine of laches and/or undue delay in giving notice to Defendants of the matters alleged therein.

**FOURTH AFFIRMATIVE DEFENSE**

(Failure to Mitigate)

4. As a separate affirmative defense, Defendants state that the Complaint and each and every claim for damages against Defendants therein, is barred in whole or in part by Plaintiffs' failure to mitigate their alleged damages.

**FIFTH AFFIRMATIVE DEFENSE**

(Other Persons' Conduct)

5. As a separate affirmative defense, Defendants state that if Plaintiffs suffered damages as alleged in its Complaint, which Defendants deny, such damages were caused by other persons or entities, and at all times those persons were acting without the knowledge, consent, authorization and/or ratification of Defendants.

**SIXTH AFFIRMATIVE DEFENSE**

(Implied and Express Consent)

6. As a separate affirmative defense, Defendants state that Plaintiffs, by their acts, omissions and/or writings, consented to and approved all of the acts and omissions about which they now complain, barring them from pursuing this action.

**SEVENTH AFFIRMATIVE DEFENSE**

(Estoppel)

7. As a separate affirmative defense, Defendants state that Plaintiffs, by their conduct, representations, acts and omissions, agreements reached with other persons, are equitably and/or judicially estopped from asserting any claim for relief against Defendants respecting the matters which are the subject of their Complaint.

**EIGHTH AFFIRMATIVE DEFENSE**

(Failure to Do Equity)

8. As a separate affirmative defense, Defendants states that no relief may be obtained under the Complaint or any cause of action therein by reason of Plaintiffs' failure to do equity in the matters alleged in the Complaint.

**NINTH AFFIRMATIVE DEFENSE**

(Unclean Hands)

9. As a separate affirmative defense, Defendants state that no relief may be obtained under the Complaint or any cause of action thereof by reason of the doctrine of unclean hands.

**TENTH AFFIRMATIVE DEFENSE**

(Waiver)

10. As a separate affirmative defense, Defendants state that by their conduct, representations and omissions, Plaintiffs have waived, relinquished and/or abandoned every claim for relief against Defendants as to the matters which are the subject of the Complaint.

**ELEVENTH AFFIRMATIVE DEFENSE**

(Comparative Fault)

11. As a separate affirmative defense, Defendants state that Plaintiffs did not exercise ordinary care, caution and prudence in connection with the transactions and events alleged in the Complaint, and Plaintiffs are therefore barred in whole or in part from recovery against Defendant.

**TWELFTH AFFIRMATIVE DEFENSE**

(Failure of Performance)

12. As a separate affirmative defense, Defendants state that the Complaint and each and every cause of action therein is barred because Plaintiffs acted with negligence and/or bad faith concerning the matters alleged in the Complaint, breached obligations owed to Defendants and engaged in other wrongful conduct precluding any recovery against Defendants.

**THIRTEENTH AFFIRMATIVE DEFENSE**

(Lack of Causality)

13. As a separate affirmative defense, Defendants state that Defendants are not the cause of Plaintiffs' damages, if any, due to lack of causation.

**WHEREFORE,** ON THE COMPLAINT, Defendants ORANGE COUNTY FINANCIAL, INC. and JEREMY INDES pray for judgment against Plaintiffs SUSAN JETTE and BARBARA ANN JETTE as follows:

1. That Plaintiffs take nothing by reason of their Complaint;
2. For costs of suit incurred herein;
3. For reasonable attorneys' fees to the extent permitted by law; and
4. For such other and further relief as the Court deems proper and just.

Dated: June 11, 2008

*Respectfully submitted,*

JACKSON, DEMARCO, TIDUS & PECKENPAUGH,

By: /s/ M. Alim Malik
M. Alim Malik
James H. Millane
Attorneys for Defendants ORANGE COUNTY FINANCIAL, INC. and JEREMY INDES, erroneously sued as JERRY INDES

## CERTIFICATE OF SERVICE

I, Suzanne Delaney, declare as follows:

I am employed in the County of Orange, State of California. My business address is Jackson, DeMarco, Tidus, & Peckenpaugh, 2030 Main Street, Suite 1200, Irvine, California 92614. I am over 18 years of age and am not a party to the above-captioned matter.

On June 11, 2008, I served on the interested parties in said action: ANSWER OF DEFENDANTS ORANGE COUNTY FINANCIAL, INC. AND JEREMY INDES TO COMPLAINT on all other parties and/or their attorney(s) of record to this action by e-mailing, faxing and/or placing a true copy/original thereof in a sealed envelope as follows:

| | |
|---|---|
| Jeremy S. Golden, Esq.<br>Law Offices of Eric F. Fagan<br>2300 Boswell Road, Suite 211<br>Chula Vista, CA 91914<br>*Attorneys for Plaintiffs* | Yale K. Kim, Esq.<br>Michael R. Farrell, Esq.<br>Bradley E. Jewett, Esq.<br>Allen Matkins Leck, et al.<br>515 S. Figueroa Street, 9TH Fl.<br>Los Angeles, CA 90071<br>*Attorneys for Defendant IndyMac Bank, F.S.B.* |
| Lorenzo E. Gasparetti, Esq.<br>Dirit M. Glockner, Esq.<br>Reed Smith LLP<br>355 S. Grand Avenue,<br>Suite 2900<br>Los Angeles, CA 90071<br>*Attorneys for Defendant MortgageIT, Inc.* | Greta Turner Hutton, Esq.<br>Knapp Peterson & Clarke<br>500 N. Brand Blvd., 20th Floor<br>Glendale, CA 91203<br>*Attorneys for Defendant Tiempo Escrow, Inc.* |

[x ] **NOTICE OF ELECTRONIC FILING:** The counsel listed below have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

[ ] **E-MAIL:** By attaching a PDF of the to an electronic mail sent to the e-mail address listed above, according to the parties' agreement.

[ ] **FACSIMILE:** By transmitting a facsimile of the same over the fax

number listed above under the parties' agreement.

[ ] **FIRST CLASS MAIL:** By placing the same in a sealed, postage-paid envelope, addressed to the name and address listed above, according to the parties' agreement.

[ ] **OVERNITE COURIER SERVICE:** I caused the documents to be placed in appropriate packaging and delivered via overnight courier to the offices of the addresses. Such envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees fully pre-paid or provided for.

[ ] **PERSONAL DELIVERY**: On the date set forth below, I placed the above-referenced envelope(s) or package(s) in a box or location regularly maintained at my office for our messenger/courier service or I delivered the envelope(s) or package(s) to a courier or driver authorized by our messenger/courier service to receive documents. The package(s) was/were placed in a sealed envelope(s) or package(s) designated by our messenger/courier service with the delivery fees paid or provided for, addressed to the person(s) on whom it s to be personally served at the address(es) shown above as last given by that person on any document filed in this cause. The messenger/courier service was provided with instruction that the envelope or package be personally served on the addressee(s) on _____________, 2008.

[ X ] **FEDERAL:** I declare that I am employed in the office of a member of the California State Bar who is permitted to practice before this Court, at whose direction the service stated above was made, and declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 11, 2008, at Irvine, California.

By: ______________________
Suzanne Delaney

5774-48619\ 791672.1