Lorenzo E. Gasparetti (State Bar No. 135976)
Dorit M. Glockner (State Bar No. 229690)
Janet M. Lee (State Bar No. 251518)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: 213.457.8000
Facsimile: 213.457.8080
lgasparetti@reedsmith.com
dglockner@reedsmith.com

Attorneys for Defendant
MortgageIT, Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN JETTE and BARBARA ANN JETTE, individuals,<br><br>Plaintiffs<br><br>vs.<br><br>ORANGE COUNTY FINANCIAL, INC., a corporation; MORTGAGEIT, INC., a corporation; INDYMAC BANCORP., INC., a corporation; TIEMPO ESCROW, INC., a corporation; JERRY INDES, an individual; MR. MINGUS, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants | Case No. 08 CV-0616 DMS (LSP)<br><br>**DEFENDANT MORTGAGEIT, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT AND NOTICE OF MOTION AND MOTION FOR MORE DEFINITE STATEMENT**<br><br>Date: July 25, 2008<br>Time: 1:30 p.m.<br>Courtroom: 10<br><br>[filed concurrently with Memorandum of Points and Authorities in Support of Motion to Dismiss and Motion for More Definite Statement; Request for Judicial Notice; and Notice of Party with Financial Interest] |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on July 25, 2008 at 1:30 p.m., or as soon thereafter as the matter may be heard before the Honorable Dana M. Sabraw of the above-entitled Court located at 880 Front Street, San Diego, California 95113-3008, Defendant MortgageIT, Inc. ("MortgageIT") will and hereby does move the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), for dismissal of plaintiffs' Complaint for failure to state a claim for which relief can be granted. In the alternative, MortgageIT will and hereby does move the Court, pursuant to pursuant to Federal Rule of Civil Procedure 12(e), for a more definite statement of plaintiffs' Truth In Lending Act ("TILA") claim, which is incomprehensible such that MortgageIT cannot reasonably prepare a response.

The 12(b)(6) motion to dismiss is brought on the following grounds. First, plaintiffs' TILA claim fails as a matter of law because plaintiffs fail to allege to any conduct on the part of MortgageIT that may have violated TILA, basing their allegations entirely on improper assumptions and speculation.

Second, plaintiffs' fraud and conspiracy to defraud claims fail as a matter of law because plaintiffs do not allege their fraud and conspiracy to defraud claims with the level of particularity that Federal Rule of Civil Procedure 9(b) requires, failing to indicate the time and place of the alleged misrepresentations and failing to attribute representations to MortgageIT.

Third, plaintiffs' Unfair Competition Law ("UCL") claim fails because, as a matter of law, plaintiffs do not allege unlawful, unfair, or fraudulent conduct on the part of MortgageIT that would serve as a basis for their UCL claim.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

Fourth, plaintiffs' breach of fiduciary duty claim fails because plaintiffs cannot allege a fiduciary relationship with MortgageIT.

Last, plaintiffs' Elder Abuse Act claim fails because plaintiffs fail to allege any conduct violative of that statutory scheme.

The 12(e) motion for a more definite statement is brought on the ground that plaintiffs' TILA claim provides insufficient factual detail regarding the basis for the TILA claim and the incomprehensible calculations upon which their allegations are based.

These motions are based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed concurrently herewith, the Request for Judicial Notice filed concurrently herewith, the pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

DATED: June 11, 2008

REED SMITH LLP

By /s/ Dorit M. Glockner
Dorit M. Glockner
Attorneys for Defendant
MortgageIT, Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071. On June 11, 2008, I served the following document(s) by the method indicated below:

**DEFENDANT MORTGAGEIT, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT AND NOTICE OF MOTION AND MOTION FOR MORE DEFINITE STATEMENT**

- [x] by E-Filing (ecf.casd.uscourts.gov)
- [ ] by transmitting via facsimile on this date from fax number 213.457.8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error.
- [ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.
- [ ] by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.
- [ ] by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

**"SEE ATTACHED SERVICE LIST"**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 11, 2008, at Los Angeles, California.

/s/ Mary Hong
Mary Hong

# "SERVICE LIST"

*Susan Jette and Barbara Anne Jette v. Orange County Financial, Inc., et al.*

Southern District Case No. 08 CV 0616-DMS-LSP

[Hon. Dana M. Sabraw]

| | |
|---|---|
| Jeremy S. Golden, Esq.<br>LAW OFFICES OF ERIC F. FAGAN<br>2300 Boswell Road, Suite 211<br>Chula Vista, CA 91414 | **Attorneys for Plaintiff Susan Jette and Barbara Ann Jette**<br>T: 619.656.6656<br>F: 775.898.5471<br>E-Mail: Jeremy@efaganlaw.com |
| M. Alim Malik<br>James H. Millane<br>JACKSON, DEMARCO, TIDUS, PETERSON, PECKENPAUGH<br>2030 Main Street, Suite 1200<br>Irvine, CA 92614 | **Attorneys for Defendant Orange County Financial, Inc. and Jeremy Indes**<br>T: 949.752.8585<br>E-Mail: amalik@jdtplaw.com and jmillane@jdtplaw.com |
| Steven Ray Garcia<br>Greta T. Hutton<br>KNAPP PETERSON & CLARKE<br>500 North Brand Boulevard<br>20th Floor<br>Glendale, CA 91203-1904 | **Attorneys for Defendant Tiempo Escrow, Inc.**<br>T: 818.547.5000<br>F: 818.547.5329<br>E-Mail: srg@kpclegal.com and gh@kpclegal.com |
| Michael R. Farrell<br>Yale E. Kim<br>Bradley E. Jewett<br>ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP<br>515 S. Figueroa Street, Ninth Floor<br>Los Angeles, CA 90071-3309 | **Attorneys for Defendant Indymac Bank, F.S.B.**<br>T: 213.622.5555<br>F: 213.620.8816<br>E-Mail: mfarrell@allenmatkins.com, ykim@allenmatkins.com and bjewett@allenmatkins.com |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.



DOCSLA-15638199.1-DGLOCKNER