Lorenzo E. Gasparetti (State Bar No. 135976)
Dorit M. Glockner (State Bar No. 229690)
Janet M. Lee (State Bar No. 251518)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: 213.457.8000
Facsimile: 213.457.8080
lgasparetti@reedsmith.com
dglockner@reedsmith.com

Attorneys for Defendant
MortgageIT, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SUSAN JETTE and BARBARA ANN JETTE, individuals,

Plaintiffs

vs.

ORANGE COUNTY FINANCIAL, INC., a corporation; MORTGAGEIT, INC., a corporation; INDYMAC BANCORP., INC., a corporation; TIEMPO ESCROW, INC., a corporation; JERRY INDES, an individual; MR. MINGUS, an individual; and DOES 1 through 10, inclusive,

Defendants

Case No. 08 CV-0616 DMS (LSP)

**NOTICE OF PARTY WITH FINANCIAL INTEREST**

[filed concurrently with Notice of Motion and Motion to Dismiss and Notice of Motion and Motion for More Definite Statement; Memorandum of Points and Authorities in Support Thereof; and Request for Judicial Notice]

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

Pursuant to Southern District Civil Rule 40.2, defendant MortgageIT, Inc. files this Notice Of Party With Financial Interest in the above-captioned matter.

The undersigned counsel of record for MortgageIT, Inc. represents that the following listed parties may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

- Susan Jette;
- Barbara Ann Jette;
- Orange County Financial, Inc.;
- MortgageIT, Inc.: MortgageIT, Inc. is a wholly owned subsidiary of MIT Holdings, Inc., which is a wholly owned subsidiary of DB Structured Products, Inc., which is a wholly owned subsidiary of DB U.S. Financial Markets Holding Corporation, which is a wholly owned subsidiary of Taunus Corporation, which is a wholly owned subsidiary of Deutsche Bank AG, a publicly traded corporation;
- Indymac Bancorp., Inc.;
- Tiempo Escrow, Inc.;

///
///
///
///

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

- Jerry Indes; and

- Mr. Mingus.

DATED: June 11, 2008

REED SMITH LLP

By /s/ Dorit M. Glockner
Dorit M. Glockner
Attorneys for Defendant
MortgageIT, Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071. On June 11, 2008, I served the following document(s) by the method indicated below:

## NOTICE OF PARTY WITH FINANCIAL INTEREST

- [x] by E-Filing (ecf.casd.uscourts.gov)
- [ ] by transmitting via facsimile on this date from fax number 213.457.8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error.
- [ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.
- [ ] by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.
- [ ] by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

**"SEE ATTACHED SERVICE LIST"**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 11, 2008, at Los Angeles, California.

/s/ Mary Hong
Mary Hong

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

# "SERVICE LIST"

*Susan Jette and Barbara Anne Jette v. Orange County Financial, Inc., et al.*

Southern District Case No. 08 CV 0616-DMS-LSP

[Hon. Dana M. Sabraw]

| | |
|---|---|
| Jeremy S. Golden, Esq.<br>LAW OFFICES OF ERIC F. FAGAN<br>2300 Boswell Road, Suite 211<br>Chula Vista, CA 91414 | **Attorneys for Plaintiff Susan Jette and Barbara Ann Jette**<br>T: 619.656.6656<br>F: 775.898.5471<br>E-Mail: Jeremy@efaganlaw.com |
| M. Alim Malik<br>James H. Millane<br>JACKSON, DEMARCO, TIDUS, PETERSON, PECKENPAUGH<br>2030 Main Street, Suite 1200<br>Irvine, CA 92614 | **Attorneys for Defendant Orange County Financial, Inc. and Jeremy Indes**<br>T: 949.752.8585<br>E-Mail: amalik@jdtplaw.com and jmillane@jdtplaw.com |
| Steven Ray Garcia<br>Greta T. Hutton<br>KNAPP PETERSON & CLARKE<br>500 North Brand Boulevard<br>20th Floor<br>Glendale, CA 91203-1904 | **Attorneys for Defendant Tiempo Escrow, Inc.**<br>T: 818.547.5000<br>F: 818.547.5329<br>E-Mail: srg@kpclegal.com and gh@kpclegal.com |
| Michael R. Farrell<br>Yale E. Kim<br>Bradley E. Jewett<br>ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP<br>515 S. Figueroa Street, Ninth Floor<br>Los Angeles, CA 90071-3309 | **Attorneys for Defendant Indymac Bank, F.S.B.**<br>T: 213.622.5555<br>F: 213.620.8816<br>E-Mail: mfarrell@allenmatkins.com, ykim@allenmatkins.com and bjewett@allenmatkins.com |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.