## CERTIFICATE OF SERVICE

I, Jennifer A. Poulson, declare as follows:

I am employed in the County of Los Angeles, State of California. My business address is 500 North Brand Boulevard, 20th Floor, Glendale, CA 91203. I am over 18 years of age and am not a party to the above-captioned matter.

On June 13, 2008, I served on the interested parties in said action: REPLY IN SUPPORT OF MOTION FOR CHANGE OF VENUE BY DEFENDANT TIEMPO ESCROW II on all other parties and/or their attorney(s) of record to this action by emailing, faxing and/or placing a true copy/original thereof in a sealed envelope as follows:

See attached service list.

[X] **NOTICE OF ELECTRONIC FILING**: The counsel listed below have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

[X] **FEDERAL**: I declare that I am employed in the office of a member of the California State Bar who is permitted to practice before this Court, at whose direction the service stated above was made, and declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 13th day of June, 2008, at Glendale, California.

| Jennifer Poulson | /s/ |
|---|---|
| (Type or print name) | (Signature) |

**SERVICE LIST**

Jeremy S. Golden, Esq.
Law Offices of Eric F. Fagan
2300 Boswell Road, Suite 211
Chula Vista, CA 91914

Attorneys for Plaintiffs

Yale K. Kim, Esq.
Michael R. Farrell, Esq.
Bradley E. Jewett, Esq.
Allen, Matkins, Leck, et al,.
515 S. Figueroa Street, 9th Floor
Los Angeles, CA 90071

Attorneys for Defendant Indy Mac Bank, FSB

Lorenzo E. Gasparetti, Esq.
Dirit M. Glockner, Esq.
Reed, Smith LLP
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071

Attorneys for Defendant MortgageIT, Inc.

M. Alim Malik, Esq.
James H. Millane, Esq.
Jackson, DeMarco, Tidus & Peckenpaugh
2030 Main Street, Suite 1200
Irvine, CA 92614

Attorneys for Defendants Orange County Financial, Inc. and Jeremy Indes