# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN JETTE and BARBARA ANN JETTE, individuals,<br>Plaintiffs,<br>vs.<br>ORANGE COUNTY FINANCIAL, INC., a corporation, et al.,<br>Defendants. | CASE NO. 08cv0616 DMS (LSP)<br>**ORDER RE: ORAL ARGUMENT** |

Defendant Tiempo Escrow, Inc.'s motion for change of venue is currently scheduled for hearing on June 20, 2008. The Court finds this matter suitable for submission without oral argument pursuant to Local Civil Rule 7.1(d)(1). Accordingly, no appearances are required at this time.

**IT IS SO ORDERED.**

DATED: June 16, 2008

HON. DANA M. SABRAW
United States District Judge