MICHAEL R. FARRELL (BAR NO. 173831)
YALE K. KIM (BAR NO. 188895)
BRADLEY E. JEWETT (BAR NO. 222773)
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071-3309
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: mfarrell@allenmatkins.com
ykim@allenmatkins.com
bjewett@allenmatkins.com

Attorneys for Defendant
INDYMAC BANK, F.S.B. erroneously sued
herein as INDYMAC BANCORP, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN JETTE and BARBARA ANN JETTE, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>ORANGE COUNTY FINANCIAL, INC., a corporation; MORTGAGEIT, INC., a corporation; INDYMAC BANCORP, INC., a corporation; TIEMPO ESCROW, INC., a corporation; JERRY INDES, an individual; MR. MINIGUS, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 08 CV 0616 DMS LSP<br><br>**NOTICE OF INTERESTED PARTIES**<br><br>Complaint Filed: April 3, 2008 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

The undersigned, counsel of record for Defendant IndyMac Bank, F.S.B. (erroneously identified in the Complaint in this action as "IndyMac Bancorp, Inc."), certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate issues relating to its possible disqualification or recusal.

1. Plaintiff Susan Jette;
2. Plaintiff Barbara Jette;
3. Defendant IndyMac Bank, F.S.B;
4. Defendant Orange County Financial, Inc.;
5. Defendant MortgageIT, Inc.; and
6. Defendant Tiempo Escrow II.

IndyMac is unaware of any additional interested parties at this time.

Dated: June 27, 2008

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
YALE K. KIM
MICHAEL R. FARRELL
BRADLEY E. JEWETT

By: ______________________
BRADLEY E. JEWETT
Attorneys for Defendant
INDYMAC BANK, F.S.B.
erroneously sued herein as
INDYMAC BANCORP, INC.

# CERTIFICATE OF SERVICE BY ECF

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 515 South Figueroa Street, Ninth Floor, Los Angeles, California 90071-3309.

On June 27, 2008, service of the following document;

**NOTICE OF INTERESTED PARTIES**

was accomplished via NEF notification on the following registered ECF user:

Jeremy S. Golden, Esq.
Law Offices of Eric F. Fagan
2300 Boswell Road, Suite 211
Chula Vista, CA 91914

I declare under penalty of perjury under the laws of the State of California that I am employed by a member of the bar of this Court and that the foregoing is true and correct.

Executed on June 27, 2008, at Los Angeles, California.

Luci V. Benavidez
(Type or print name)

(Signature)