Jeremy S. Golden (SBN 228007)
LAW OFFICES OF ERIC F. FAGAN
2300 Boswell Road, Suite 211
Chula Vista, CA 91914
Jeremy@efaganlaw.com
Phone: 619-656-6656 Fax: 775-898-5471
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUSAN JETTE and BARBARA ANN JETTE, individuals,<br><br>Plaintiffs<br><br>v.<br><br>ORANGE COUNTY FINANCIAL, INC., et al.<br><br>Defendants. | Case No.: 08CV0616-DMS-LSP<br><br>**Declaration of Jeremy S. Golden In Support of Plaintiffs' Opposition to Defendant's Motion To Dismiss And In The Alternative, Motion For A More Definite Statement**<br><br>Date: July 25, 2008<br>Time: 1:30 p.m.<br>Dept.: 10<br><br>The Hon. Dana M. Sabraw |

I, JEREMY S. GOLDEN, hereby declare that:

1) I have personal knowledge of each matter set forth in this Declaration. If called upon to testify to the matters stated in this Declaration, I am competent to do so.

2) I am the attorney of record in the above entitled case and am familiar with the facts of the case and pleadings.

3) A true and correct copy of the TILA disclosure referenced in paragraph 27 of the

complaint is attached as Exhibit A.

4) A true and correct copy of the TILA disclosure referenced in paragraph 34 of the complaint is attached as Exhibit B.

5) The calculations stated in page 4:1-11 are set forth in a table formant attached as Exhibit C.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the forgoing is true and correct.

Executed on July 8, 2008 at Chula Vista, California

/S/ Jeremy S. Golden

JEREMY S. GOLDEN