# FEDERAL TRUTH - IN - LENDING DISCLOSURE STATEMENT
(THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

Creditor:
MORTGAGEIT, INC.

19000 MACARTHUR BLVD., SUITE 250
IRVINE, CA 92612-

Borrower:
BARBARA ANN JETTE, SUSAN E. JETTE

1347 7TH STREET
OROVILLE, CA 95965-

Date: AUGUST 31, 2006
Loan Number: 40645525

Check box if applicable:

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 8.397 % % | $ 638,044.04 | $ 221,715.66 | $ 859,759.70 |

[ ] REQUIRED DEPOSIT: The annual percentage rate does not take into account your required deposit.

PAYMENTS: Your payment schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due Monthly Beginning: | Number of Payments | Amount of Payments | When Payments Are Due Monthly Beginning: | Number of Payments | Amount of Payments | When Payments Are Due Monthly Beginning: |
|---|---|---|---|---|---|---|---|---|
| 12 | 601.20 | 11/01/2006 | | | | | | |
| 12 | 646.29 | 11/01/2007 | | | | | | |
| 10 | 694.76 | 11/01/2008 | | | | | | |
| 446 | 1,878.57 | 09/01/2009 | | | | | | |

THE PAYMENT SCHEDULE AND ANNUAL PERCENTAGE RATE DISCLOSED HERE ARE ESTIMATED ASSUMING THAT THE CURRENT INDEX RATE WILL NOT INCREASE NOR DECREASE THROUGHOUT THE LOAN TERM.

[ ] DEMAND FEATURE: This obligation has a demand feature.

[XX] VARIABLE RATE: Your loan contains variable rate features.

[ ] Information regarding the variable rate features of your loan have been provided to you earlier in a separate document.

[XX] Information regarding the variable rate features of your loan are provided hereinafter. The annual percentage rate may increase or decrease during the term of this transaction with increases or decreases in the value of the "Index" (or "Reference Rate"). The rate that you will pay may not be changed more often than every ONE MONTH commencing 11/01/2006 .

[ ] Rate Change Limits: The rate may not be changed by more than ______ % on any one Rate Change Date.

[XX] The rate will never be greater than 9.950 %

[ ] Any increase in the rate will result in a corresponding increase in the payment.

[XX] Rate increases may occur without immediate and/or corresponding payment increases.

[XX] Unpaid interest will be added to the principal.

The "Index" (or "Reference Rate") is the:

THE TWELVE MONTH AVERAGE OF THE MONTHLY YIELDS ON UNITED STATES TREASURY SECURITIES, ADJUSTED TO A CONSTANT MATURITY OF ONE YEAR, AS MADE AVAILABLE BY THE BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM.

INSURANCE: The following insurance is required to obtain credit:

[ ] Credit life insurance and credit disability [X] Property insurance [ ] Flood insurance

You may obtain the insurance from anyone you want that is acceptable to creditor.

[ ] If you purchase [ ] property [ ] flood insurance from creditor you will pay $ for one year term.

SECURITY: You are giving a security interest in:
1347 7TH Street, OROVILLE, CA 95965

[ ] The goods or property being purchased [X] Real property you already own.

FILING FEES: $

LATE CHARGE: If a payment is more than 15 days late, you will be charged 5.00 % of the payment.

PREPAYMENT: If you pay off early, you

[X] may [ ] will not have to pay a penalty.

[ ] may [X] will not be entitled to a refund of part of the finance charge.

ASSUMPTION: Someone buying your property

[ ] may [ ] may, subject to conditions [X] may not assume the remainder of your loan on the original terms.

See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date and prepayment refunds and penalties.

[ ] e means an estimate [ ] all dates and numerical disclosures except the late payment disclosures are estimates.

The undersigned acknowledge receiving and reading a completed copy of this disclosure.

Neither you nor the creditor previously has become obligated to make or accept this loan, nor is any such obligation made by the delivery or signing of this disclosure.

[XX] I/We have received the Variable Rate Disclosure for the loan program for which I/We have applied.

BARBARA ANN JETTE Date SUSAN E. JETTE Date

Date Date