| [illegible] | Beginning Balance | Monthly Interest | Monthly Payment | Interest Accrual |
|---|---|---|---|---|
| 1 | 227,000.00 | 1607.92 | 601.20 | 1006.72 |
| 2 | 228,006.72 | 1615.05 | 601.20 | 1013.85 |
| 3 | 229,020.56 | 1622.23 | 601.20 | 1021.03 |
| 4 | 230,041.59 | 1629.46 | 601.20 | 1028.26 |
| 5 | 231,069.85 | 1636.74 | 601.20 | 1035.54 |
| 6 | 232,105.40 | 1644.08 | 601.20 | 1042.88 |
| 7 | 233,148.28 | 1651.47 | 601.20 | 1050.27 |
| 8 | 234,198.55 | 1658.91 | 601.20 | 1057.71 |
| 9 | 235,256.25 | 1666.40 | 601.20 | 1065.20 |
| 10 | 236,321.45 | 1673.94 | 601.20 | 1072.74 |
| 11 | 237,394.19 | 1681.54 | 601.20 | 1080.34 |
| 12 | 238,474.54 | 1689.19 | 601.20 | 1087.99 |
| 13 | 239,562.53 | 1696.90 | 646.29 | 1050.61 |
| 14 | 240,613.14 | 1704.34 | 646.29 | 1058.05 |
| 15 | 241,671.20 | 1711.84 | 646.29 | 1065.55 |
| 16 | 242,736.74 | 1719.39 | 646.29 | 1073.10 |
| 17 | 243,809.84 | 1726.99 | 646.29 | 1080.70 |
| 18 | 244,890.54 | 1734.64 | 646.29 | 1088.35 |
| 19 | 245,978.89 | 1742.35 | 646.29 | 1096.06 |
| 20 | 247,074.95 | 1750.11 | 646.29 | 1103.82 |
| 21 | 248,178.77 | 1757.93 | 646.29 | 1111.64 |
| 22 | 249,290.41 | 1765.81 | 646.29 | 1119.52 |
| 23 | 250,409.93 | 1773.74 | 646.29 | 1127.45 |
| 24 | 251,537.38 | 1781.72 | 646.29 | 1135.43 |
| 25 | 252,672.81 | 1789.77 | 694.76 | 1095.01 |
| 26 | 253,767.82 | 1797.52 | 694.76 | 1102.76 |
| 27 | 254,870.58 | 1805.33 | 694.76 | 1110.57 |
| 28 | 255,981.15 | 1813.20 | 694.76 | 1118.44 |
| 29 | 257,099.59 | 1821.12 | 694.76 | 1126.36 |
| 30 | 258,225.95 | 1829.10 | 694.76 | 1134.34 |
| 31 | 259,360.29 | 1837.14 | 694.76 | 1142.38 |
| 32 | 260,502.67 | 1845.23 | 694.76 | 1150.47 |
| 33 | 261,653.14 | 1853.38 | 694.76 | 1158.62 |
| 34 | 262,811.75 | 1861.58 | 694.76 | 1166.82 |