# CERTIFICATE OF SERVICE

I, Dorian Hudson, declare that:

I am, and was at the time of the service hereinafter mentioned, at least 18 years of age and not a party to this action. My business address is 2300 Boswell Rd Ste 211, Chula Vista, CA 91914. I am employed in San Diego County, CA.

I served the following:

**Plaintiffs' Opposition to Defendant's Motion To Dismiss And In The Alternative, Motion For A More Definite Statement, & Declaration of Jeremy S. Golden In Support of Plaintiffs' Opposition to Defendant's Motion To Dismiss And In The Alternative, Motion For A More Definite Statement**

United States District Court, Southern District, Case No. 08-CV-0616-DMS-LSP

On July 8, 2008 I served by e-filing using the CM/ECF system to

Orange Country Financial
M. Alim Malik
Jackson, DeMarco, Tidus, Petersen, Peckenpaugh
2030 Main Street, Suite 1200
Costa Mesa, CA 92614
jmillane@jdtplaw

Mortgageit, Inc.
Reed Smith LLP
355 South Grand Avenue Suite 2900
Los Angeles, CA 90071
dglockner@reedsmith.com

Tiempo Escrow, Inc
Knapp Petersen & Clarke
500 North Brand Boulevard 20th Floor
Glendale, CA 91203-1904
gh@kpclegal.com

Indymac Bancorp, Inc
Arter Hadden
515 S Gigueroa Street 7th Floor
Los Angeles, CA 90071-3398
ykim@allenmatkins.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed July 8, 2008 at Chula Vista, CA 91914.

Dorian Hudson