UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN JETTE and BARBARA JETTE,<br><br>Plaintiffs,<br><br>v.<br><br>ORANGE COUNTY FINANCIAL, INC.; MORTGAGEIT, INC.; INDYMAC BANCORP, INC.; TIEMPO ESCROW,<br><br>Defendants. | Civil No. 08CV616-DMS(LSP)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE |

On July 14, 2008, at 9 a.m. the Court convened an Early Neutral Evaluation Conference (ENE) in the above-entitled action. Appearing were Jeremy Glover, Esq. on behalf of plaintiff and Jim Millane, Esq. for Orange County Financial, Dorit Glockner, Esq. for Mortgageit, Greta Hutton, Esq. for Tiempo Escrow, and Michael Farrell, Esq. for IndyMac. Settlement of the case could not be reached at the ENE and the Court therefore discussed compliance with Federal Rule of Civil Procedure, Rule 26. Based thereon, the court issues the following orders:

1. Any objections made to initial disclosure pursuant to Federal Rule of Civil Procedure, Rule 26(a)(1)(A-D) are overruled,

and the parties are ordered to proceed with the initial disclosure process. Any further objections to initial disclosure will be resolved as required by Rule 26.

2. The Rule 26(f) conference shall be completed before August 15, 2008;

3. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before August 29, 2008;

4. A discovery plan shall be lodged with Magistrate Judge Papas on or before August 29, 2008; and,

5. A Case Management Conference, pursuant to Federal Rule of Civil Procedure 16(b) shall be held on September 9, 2008, at 8:30 a.m., in the chambers of Magistrate Judge Leo S. Papas. Counsel may participate by telephone conference call. The Court will initiate the conference call.

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

IT IS SO ORDERED.

DATED: July 14, 2008

Hon. Leo S. Papas
U.S. Magistrate Judge