# UNITED STATES DISTRICT COURT

**Southern District of California**

Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101−8900
Phone: (619) 557−5600
Fax: (619) 702−9900

W. Samuel Hamrick, Jr.,
Clerk of Court

July 30, 2008

Clerk, U.S. District Court
Eastern District of California
501 I Street, Suite. 4−200
Sacramento, CA 95814

Re: Susan Jette, et al. v. Orange County Financial, Inc, et al., Case No. 3:08−cv−00616−DMS−LSP

Dear Sir or Madam:

Pursuant to Order transferring the above−entitled action to your District, we are electronically transmitting herewith our entire original file.

Sincerely yours,

W. Samuel Hamrick, Jr.,
Clerk of the Court

By: s/ L. Odierno, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants: