

Marisa Zvers/CASD/09/USCOURTS

07/31/2008 12:56 PM

To Arvaunti Victoria/CASD/09/USCOURTS@USCOURTS, Jamie Ponzio/CASD/09/USCOURTS@USCOURTS, Jenelynn Jocson/CASD/09/USCOURTS@USCOURTS, John

cc

bcc

Subject Fw: Case ready for transfer

----- Forwarded by Marisa Zvers/CASD/09/USCOURTS on 07/31/2008 12:55 PM -----

Jeremy Donati/CAED/09/USCOURTS

07/30/2008 05:23 PM

To efile_information@casd.uscourts.gov

cc

Subject Re: Case ready for transfer

The Transferred case is now opened, the CAED case # is 2:08-cv-1767 GEB EFB.

Thank you,

Jeremy J. Donati
Operations Supervisor
United States District Court
Eastern District of California
(916) 930-4053

efile_information@casd.uscourts.gov

07/30/2008 04:44 PM

To InterdistrictTransfer_CAED@caed.uscourts.gov

cc

Subject Case ready for transfer

```
CASE: 3:08-cv-00616
     Title  : Jette et al v. Orange County Financial, Inc et al
     NOS    : 480 (Consumer Credit)
     Cause  : 15:1640 (15:1640 Truth in Lending)
REASON: Case is ready for transfer from Southern District of California.

DETAILS: Copy and paste this URL into the Prepare Transferred Case program.
```

//ecf.casd.circ9.dcn/cgi-bin/TransferDataFile.pl?file=./caed/casd_308cv00616_tar.gz&checkSum=44336&fileSize=13462650